IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MIDFIRST BANK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-468-DII |
| JO W. FREEMAN, et al., | § § § | |
| Defendants. | § | |

**ORDER**

On July 2, 2024, Plaintiff moved to voluntarily dismiss claims in this case without prejudice. (Dkt. 16). Defendants have not timely opposed the motion and the Court will therefore grant the motion. Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served answers or motions for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on July 25, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1